No. 7,280.—STATE ex rel. LESLIE et al., Relators, v. DISTRICT COURT et al., Respondents.

620

Decided April 25, 1934.

PER CURIAM.—Relators' application for writ of mandate is denied.